FILED by AT D.C.

Apr 4, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

17-60094-CR-MARRA/MATTHEWMAN
CASE NO.____________________

26 U.S.C. § 7201

**UNITED STATES OF AMERICA**

**v.**

**THOMAS DALY,**

**Defendant.**
______________________________/

# INDICTMENT

THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment or as otherwise indicated herein:

1. THOMAS DALY resided in Fort Lauderdale, Florida, which is located within the Southern District of Florida.

2. Between 2002 and 2007, THOMAS DALY worked for multiple employers as a salesperson or a sales manager. For the tax years 2002 through 2006, THOMAS DALY earned over $500,000 in income.

3. Beginning in or about March 2007 to the date of this Indictment, THOMAS DALY has worked as a salesperson for Company A, primarily selling hurricane resistant windows to residential homeowners in South Florida. For the tax years 2010 through 2015, THOMAS DALY received over $1 million in compensation for his work at Company A.

4. THOMAS DALY has not filed a federal income tax return since 2002, except for the 2007 tax year.

5. On or about August 26, 2009, the IRS issued a Notice of Intent to Levy DALY's wages to satisfy unpaid tax liabilities for tax years 2002 through 2006.

6. On that same day, on or about August 26, 2009, THOMAS DALY filed incorporation documents with the Florida Department of State Division of Corporations, establishing South Florida Home Marketing, Inc. ("SFHM"), listing himself as the director and registered agent, and applied for an Employer Identification Number ("EIN") with the IRS for SFHM. An EIN is a unique identification number that is assigned to a business entity by the IRS.

7. On or about August 27, 2009, THOMAS DALY opened a bank account in the name of SFHM and on that day entered into a "Sales Associate Agreement" with Company A in the name of SFHM. Prior to August 27, 2009, Company A paid DALY in his own name for his work as a salesperson and withheld federal income taxes from his compensation. Since that date, Company A paid SFHM for DALY's work as a salesperson and stopped withholding federal income taxes from DALY's compensation.

8. On or about September 29, 2009, the IRS issued a Notice of Levy on Wages, Salary, and Other Income ("Notice of Levy") to Company A, which directed Company A to turn over to the IRS wages and salary earned by DALY until the levy was released.

9. As of that date, the IRS determined that THOMAS DALY owed assessments for taxes, interest, and penalties for the tax years and amounts listed below:

| Tax Year | Unpaid Balance of Assessment |
|---|---|
| 2002 | $22,617.30 |
| 2003 | $21,041.12 |
| 2004 | $11,900.49 |

| | |
|---|---|
| 2005 | $48,317.68 |
| 2006 | $38,356.61 |

10. On October 7, 2009, in response to the Notice of Levy, Company A communicated to the IRS that DALY was no longer employed at Company A and that he was now employed by SFHM. No payments were received by the IRS as a result of its attempt to levy.

11. Beginning on or about August 27, 2009 and continuing up to the date of this Indictment, THOMAS DALY has used the bank account in the name of SFHM as a nominee and alter ego to deposit income and pay personal expenses, including apartment rent, cigars, boat, international travel, entertainment, a girlfriend's cosmetic surgery, and jewelry.

12. No federal tax returns were filed on behalf of SFHM. On or about September 24, 2010, the Florida Department of State administratively dissolved SFHM because the required annual report was not filed.

**COUNT ONE**
**Evasion of Payment of Income Tax**

13. The factual allegations contained in Paragraphs 1 through 12 of the General Allegations Section of this Indictment are realleged and incorporated by reference as if fully set forth herein.

14. From in or around August 2009, through the present, in the Southern District of Florida and elsewhere, THOMAS DALY, a resident of Fort Lauderdale, Florida, willfully attempted to evade and defeat the payment of income tax due and owing by him to the United States of America, for the calendar years 2002, 2003, 2004, 2005, and 2006, by committing the following affirmative acts, among others:

(a) Incorporating SFHM to serve as his nominee and alter ego;

(b) Executing and maintaining an independent contractor agreement in the name of SFHM;

(c) Opening and maintaining a bank account in the name of SFHM;

(d) Directing third parties to make payments to SFHM;

(e) Depositing income and funds into a bank account held in the name of SFHM;

(f) Paying personal expenses from a bank account held in the name of SFHM;

(g) Making false entries to describe expenses on the memo lines of checks drawn on a bank account held in the name of SFHM.

In violation of Title 26, United States Code, Section 7201.

**COUNT TWO**
**Evasion of Assessment of Income Tax - 2010**

15. The factual allegations contained in Paragraphs 1 through 12 of the General Allegations Section of this Indictment are realleged and incorporated by reference as if fully set forth herein.

16. During the calendar year 2010, THOMAS DALY, a resident of Fort Lauderdale, Florida, received taxable income, upon which there was income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 18, 2011, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, THOMAS DALY, during the calendar year 2010, in the Southern District of Florida and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2010, by committing the following affirmative acts, among others:

(a) Maintaining an independent contractor agreement in the name of his nominee and alter

ego SFHM;

(b) Directing third parties to make payments to SFHM;

(c) Depositing income into a bank account held in the name of SFHM;

(d) Paying personal expenses from a bank account held in the name of SFHM;

(e) Making false entries to describe expenses on the memo lines of checks drawn on a bank account held in the name of SFHM.

In violation of Title 26, United States Code, Section 7201.

**COUNT THREE**
**Evasion of Assessment of Income Tax - 2011**

17. The factual allegations contained in Paragraphs 1 through 12 of the General Allegations Section of this Indictment are realleged and incorporated by reference as if fully set forth herein.

18. During the calendar year 2011, THOMAS DALY, a resident of Fort Lauderdale, Florida, received taxable income, upon which there was income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 17, 2012, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, THOMAS DALY, during calendar year 2011, in the Southern District of Florida and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2011, by committing the following affirmative acts, among others:

(a) Maintaining an independent contractor agreement in the name of his nominee and alter ego SFHM;

(b) Directing third parties to make payments to SFHM;

(c) Depositing income into a bank account held in the name of SFHM;

(d) Paying personal expenses from a bank account held in the name of SFHM;

(e) Making false entries to describe expenses on the memo lines of checks drawn on a bank account held in the name of SFHM.

In violation of Title 26, United States Code, Section 7201.

**COUNT FOUR**
**Evasion of Assessment of Income Tax – 2012**

19. The factual allegations contained in Paragraphs 1 through 12 of the General Allegations Section of this Indictment are realleged and incorporated by reference as if fully set forth herein.

20. During the calendar year 2012, THOMAS DALY, a resident of Fort Lauderdale, Florida, received taxable income, upon which there was income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2013, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, THOMAS DALY, during calendar year 2012, in the Southern District of Florida and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2012, by committing the following affirmative acts, among others:

(a) Maintaining an independent contractor agreement in the name of his nominee and alter ego SFHM;

(b) Directing third parties to make payments to SFHM;

(c) Depositing income into a bank account held in the name of SFHM;

(d) Paying personal expenses from a bank account held in the name of SFHM;

(e) Making false entries to describe expenses on the memo lines of checks drawn on a bank account held in the name of SFHM.

In violation of Title 26, United States Code, Section 7201.

## COUNT FIVE
## Evasion of Assessment of Income Tax - 2013

21. The factual allegations contained in Paragraphs 1 through 12 of the General Allegations Section of this Indictment are realleged and incorporated by reference as if fully set forth herein.

22. During the calendar year 2013, THOMAS DALY, a resident of Fort Lauderdale, Florida, received taxable income, upon which there was income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 15, 2014, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, THOMAS DALY, during calendar year 2013, in the Southern District of Florida and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2013, by committing the following affirmative acts, among others:

(a) Maintaining an independent contractor agreement in the name of his nominee and alter ego SFHM;

(b) Directing third parties to make payments to SFHM;

(c) Depositing income into a bank account held in the name of SFHM;

(d) Paying personal expenses from a bank account held in the name of SFHM;

(e) Making false entries to describe expenses on the memo lines of checks drawn on a bank account held in the name of SFHM;

(f) Using a credit card account held in the name of a third party.

In violation of Title 26, United States Code, Section 7201.

**COUNT SIX**
**Evasion of Assessment of Income Tax - 2014**

23. The factual allegations contained in Paragraphs 1 through 12 of the General Allegations Section of this Indictment are realleged and incorporated by reference as if fully set forth herein.

24. During the calendar year 2014, THOMAS DALY, a resident of Fort Lauderdale, Florida, received taxable income, upon which there was income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before October 15, 2015, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, THOMAS DALY, during calendar year 2014, in the Southern District of Florida and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2014, by committing the following affirmative acts, among others:

(a) Maintaining an independent contractor agreement in the name of his nominee and alter ego SFHM;

(b) Directing third parties to make payments to SFHM;

(c) Depositing income into a bank account held in the name of SFHM;

(d) Paying personal expenses from a bank account held in the name of SFHM;

(e) Making false entries to describe expenses on the memo lines of checks drawn on a bank account held in the name of SFHM;

(f) Using a credit card account held in the name of a third party.

In violation of Title 26, United States Code, Section 7201.

**COUNT SEVEN**
**Evasion of Assessment of Income Tax - 2015**

25. The factual allegations contained in Paragraphs 1 through 12 of the General Allegations Section of this Indictment are realleged and incorporated by reference as if fully set forth herein.

26. During the calendar year 2015, THOMAS DALY, a resident of Fort Lauderdale, Florida, received taxable income, upon which there was income tax due and owing to the United States of America. Knowing the foregoing facts and failing to make an income tax return on or before April 18, 2016, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service, THOMAS DALY, during calendar year 2015, in the Southern District of Florida and elsewhere, willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2015, by committing the following affirmative acts, among others:

(a) Maintaining an independent contractor agreement in the name of his nominee and alter ego SFHM;

(b) Directing third parties to make payments to SFHM;

(c) Depositing income into a bank account held in the name of SFHM;

(d) Paying personal expenses from a bank account held in the name of SFHM;

(e) Making false entries to describe expenses on the memo lines of checks drawn on a bank account held in the name of SFHM;

(f) Using a credit card account held in the name of a third party.

In violation of Title 26, United States Code, Section 7201.

A TRUE BILL

FOREPERSON

DAVID A. HUBBERT

Acting Assistant Attorney General

Charles M. Edgar, Jr.
Michael Boteler
Trial Attorneys
U.S. Department of Justice, Tax Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** **CASE NO.** ____________________

**vs.**

**THOMAS DALY,**

**Defendant. /**

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) ____
Number of New Defendants ____
Total number of counts ____

**Court Division**: (Select One)

Miami ____ Key West ____
FTL __X__ WPB ____ FTP ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) NO
List language and/or dialect ____________

4. This case will take 4-5 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
If yes:
Judge: ____________ Case No. ____________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) NO
If yes: Magistrate Case No.
Related Miscellaneous numbers: ____________
Defendant(s) in federal custody as of ____________
Defendant(s) in state custody as of ____________
Rule 20 from the ____________ District of ____________

Is this a potential death penalty case? (Yes or No) ____ Yes __X__ No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes No __X__

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes No __X__

CHARLES M. EDGAR, JR.
TRIAL ATTORNEY, U.S. DEPARTMENT OF JUSTICE
Court I.D. No.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: THOMAS DALY

**Case No**: ______________________

Count #: 1

Evasion of Payment of Income Tax

in violation of Title 26, United States Code, Sections 7201

*** Max. Penalty:** Five (5) years` imprisonment, three (3) years' supervised release, $250,000 fine

Counts #: 2-7

Evasion of Assessment of Income Tax

in violation of Title 26, United States Code, Sections 7201

*** Max. Penalty:** Five (5) years` imprisonment, three (3) years' supervised release, $250,000 fine

Count #:

______________________

______________________

*** Max. Penalty:**

Count#:

______________________

______________________

*** Max. Penalty:**

Count #:

______________________

______________________

***Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.